# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Carlo, Gladys | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Clark, Henry | NY | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Clink, Noel Marie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Coleman, Wilbert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Constantine, Robert | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Cruz, Edwin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Danso, Steve | NY | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Davis, Rosalyn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Dawid, Dennis | CT | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Desantis, Eugene | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | DiBello, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Doherty, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Doyle, Raymond | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Durso, Erasmo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Duryea, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 16 | Fagan, Jay | NY | USA | N/A | N/A | N/A | Personal Injury |
| 17 | Faicco, Dennis | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | Fella, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Gerontianos, Elisa Paula | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Gimpel, Neil | NY | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Gonzales, Rosemin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Goode, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Gray, Owen B. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Grilikhes, Bruce C. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Gross, Elayne | OH | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Grosso, Valerie Ann | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Grzywacz, Peter | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Hardy, Kevin Anthony | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Hassan, Shaik | NY | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Hayes, Thomas | FL | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Heller, Robert | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Hilliard, Paula | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 33 | James, Ingrid Cheryl | NY | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Johnson, Stanley | NY | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Joseph, Jane | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Kaczynski, Jaclyn | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Kahn, Barry | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Kambosoulis, George | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Karp, Joel | FL | USA | N/A | N/A | N/A | Personal Injury |
| 40 | Khitro, Yefim | NY | USA | N/A | N/A | N/A | Personal Injury |
| 41 | Kirshenbaum, Sheri | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42 | Krym, Alexander | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Kunz, Christopher | NY | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Lamendola, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Larson, Roy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Lem, Edmond | NY | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Leung, Wai Man | NY | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Lipman, David Gary | NY | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Liverani, Frank | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Lopez, Enrique | FL | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Loschiavo, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Luciani, Gary | CT | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Luther, Victoria | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Maggio-White, Viqui | ME | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Marasco, Kenneth | NC | USA | N/A | N/A | N/A | Personal Injury |
| 56 | McCaffrey, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 57 | McCray, Naomi | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | McGowan, Colleen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 59 | McLaughlin, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | McPherson, Robert Claude | NC | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Miele, Pat | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Mlotok, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 63 | Monheit, Mark | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Moskowitz, Bruce | FL | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | Muniz, Mary | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Murphy, Mary Ann | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Nicolae, Antoaneta | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Norfleet, Walter | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Oriente, Joseph | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Pagano, Alfonse | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Palladino, Maria | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Pavia, Giuseppe | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Peragine, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Picariello, Andrew | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Pinzon, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Plunkett, Noel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Quinones, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Reidy, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Reiff, John | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Reyes, Bernabe | NY | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Riva, Pietro Ernesto | NY | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Rodriguez, Jonathan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Rossi, Rosalie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Ruggiero, Raffaele | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Sabatino, Angela | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Shien, Jerrold | NY | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Sindoni, Patricia | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Sperring, James | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | Steinhaus, Maxine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Tessitore, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Thacker, Robert | FL | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Torres, Juan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Vivinetto, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Von Preysing, Philipp | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Wachs, Mayer Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Walker, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Weholt, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Wilt, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Wonneman, David | MD | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Wynn, Darryl | NY | USA | N/A | N/A | N/A | Personal Injury |